-o-

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ERNEST DADE,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>BRYAN BIRKHOLZ, Warden,<br><br>　　　　Respondent. | NO. CV 22-5907-JGB (AS)<br><br>**JUDGMENT** |

　　Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　**IT IS ADJUDGED** that the Petition is denied and dismissed without prejudice.

　　DATED: April 9, 2024

　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　JESUS G. BERNAL
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE